DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
URBANO MAGANA-MEZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>  v.<br><br>URBANO MAGANA-MEZA,<br><br>    *Defendant.* | No. 1:09-cr-00205 AWI<br><br>STIPULATION TO ADVANCE STATUS CONFERENCE; AND ORDER THEREON<br><br>Date:  July 27, 2009<br>Time:  9:00 a.m.<br>Judge:  Anthony W. Ishii |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the change of status conference hearing in the above-captioned matter now scheduled for August 3, 2009, **may be advanced to July 27, 2009 at 9:00 a.m.**

///
///
///
///
///
///
///
///

This request is made by counsel for defendant because defendant has signed a fast-track plea agreement for a one-year prison sentence and would like to enter his plea as soon as possible.

Dated: July 23, 2009

LAWRENCE G. BROWN
Acting United States Attorney

By:  /s/ Susan Phan
SUSAN PHAN
Assistant United States Attorney
Attorney for Plaintiff

Dated: July 23, 2009

DANIEL J. BRODERICK
Federal Defender

By:  /s/ Douglas J. Beevers
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for Defendant
Urbano Magana-Meza

**ORDER**

**IT IS SO ORDERED**.  The status conference hearing in the above-referenced matter for defendant, Urbano Magana-Meza, now set for August 3, 2009, **is hereby advanced to July 27, 2009, at 9:00 a.m.**

IT IS SO ORDERED.

**Dated:     July 24, 2009**              /s/ Anthony W. Ishii
                                          CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Advance Stauts
Conference and Order                              2